STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Douglas Daniel Brown
Attorney at Law
406 W. Morris Ave., Ste C
Hammond LA 70403

REHEARING ACTION: March 27, 2013

Docket Number: 12   00885-CA

STEVE THIBODEAUX, INDIV. AND D/B/A C & B CONSTRUCTION
VERSUS
KAUFMAN TRAILERS, INC.

Appealed from Evangeline Parish Case No. 68448-A

BEFORE JUDGES:

Hon. Ulysses Gene Thibodeaux
Hon. Jimmie C. Peters
Hon. Marc T. Amy

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kaufman Trailers, Inc.** has this day been

**DENIED.**

cc: Jonathan Clyde Vidrine, Counsel for the Appellee